No. 4906.—GASTÓN, apldo., v. HEREDEROS DE FRANCISCO MARÍA FRANCESCHI, apltes.—C. D. Ponce. ▆▆▆▆▆ Mayo 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Sin lugar la reconsideración.

No habiendo comparecido los apelantes a la audiencia para mostrar causa previamente señalada *motu proprio* por el Tribunal, los siguientes recursos fueron desestimados en corte abierta, por abandono.